```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**DONNIE WELCH,**

    Movant,

v.                                              Case No. 2:16-cv-02186
                                               Case No. 2:06-cr-0191

**UNITED STATES OF AMERICA,**

    Defendant.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Omar J. Aboulhosn, entered on September 12, 2018; and the magistrate judge having recommended that the court deny movant Donnie Welch's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 and remove this civil action from the docket of the court; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

    1. The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein; and

    2. Movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, be, and it hereby is, denied.

It is, therefore, ORDERED that the movant's complaint be, and it hereby is, dismissed.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

DATED: October 25, 2018

John T. Copenhaver, Jr.
United States District Judge